```
___FILED      ___ENTERED
___LODGED    ___RECEIVED

      AUG 23 2011
          AT SEATTLE
      CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
   BY                        DEPUTY
```

10-CV-01458-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RODNEY L. GARROTT, | ) |
| Petitioner, | ) CASE NO. C10-1458-JLR |
| v. | ) |
| MAGGIE MILLER-STOUT, | ) ORDER OF DISMISSAL |
| Respondent. | ) |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge James P. Donohue, *Petitioner's Objection to Report and Recommendation (Dkt 33)* the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is ADOPTED;

(2) This 28 U.S.C. § 2254 habeas petition is DENIED and is DISMISSED with prejudice;

(3) Petitioner is DENIED issuance of a certificate of appealability; and

(4) The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge Donohue.

ORDER OF DISMISSAL
PAGE -1

DATED this 23RD day of August, 2011.

*James L. Robart (signature)*
JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE -2